UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


NO. 1:11-md-2242-RWZ


IN RE: PROGRAF ANTITRUST LITIGATION


**MDL Order No. 2**
September 15, 2011

ZOBEL, D.J.


1.  This Order shall govern the practice and procedure in those actions

transferred to this court by the Judicial Panel on Multidistrict Litigation pursuant to its

Order of June 3, 2011, and entitled In re: Prograf Antitrust Litigation, and any tag-along

actions transferred by the Panel after that date.  This court will decide the applicability

of this Order No. 1 to any case heretofore or hereafter filed as a related case, on

motion of any party in each such case.

2.  The actions subject to this Order are coordinated for pretrial purposes.

3.  An MDL master file and docket is hereby established under Docket No.1:11-

md-2242-RWZ.  All pleadings and other papers filed in these actions shall bear this

docket number and the following caption:

> In re: Prograf Antitrust Litigation
> This Document Relates To:

4.  When a pleading or other paper relates to all actions covered by this Order,

the words "All Actions" shall appear immediately after or below the words "THIS

DOCUMENT RELATES TO:" in the caption.  Filings related to "All Actions" shall be

made in the master docket.  When a pleading or other paper relates to fewer than all of

such actions, the separate caption and docket number assigned by the Clerk of this court for each individual action to which the pleading relates shall appear immediately after or below the words 'THIS DOCUMENT RELATES TO:" Filings related to fewer than "All Actions" shall be made in the master docket and each individual action.

5.  All pleadings and other papers shall be filed electronically with the Clerk of this court, not the transferor court.   No copies will be necessary.  All counsel shall familiarize themselves with this district's CM/ECF policies and procedures and file an Electronic Case Filing System-Attorney Registration Form available on the court's website.  In the MDL Case Number field on the ECF Registration Form, counsel shall note both the master MDL case number and the individual Massachusetts case number in which they have an appearance.

6.  Counsel who appeared in the transferor district court prior to the transfer need not enter a separate appearance in this court.  No parties in any of the transferred actions shall be required to obtain local counsel in this district and the requirements of Local Rule 83.5.3 (b) are waived as to any attorney who filed an appearance in a transferred action and is duly admitted to practice before any United States Court.  Any attorney not admitted in this district who seeks to appear in a case not transferred as part of MDL 2242, but consolidated with it, must do so by filing a motion to appear pro hac vice in the individual case in accordance with Local Rule 83.5.3(b) and not through the master docket.

7.  This Order shall be filed and docketed on the master docket and the docket of each of the individual cases consolidated under the master docket number, at

2

present and hereafter.

8.   Plaintiffs' lead counsel shall prepare and maintain the Panel Attorney Service List including the individual case number, party name represented, attorney name and e-mail address which shall be provided to the Clerk and all attorneys on the list. Attorneys who later wish to have their names added to or deleted from the list may do so by request to the plaintiffs' lead counsel with notice to the Clerk and all other persons on the list.   Only one attorney for each party separately represented shall be included in the list.

9.   Pending further order, the court appoints the law firms of Hagens Berman Sobol Shapiro, LLP, of Cambridge, Massachusetts, and Garwin Gerstein & Fisher, LLP, of New York, New York, to serve as Interim Co-Lead Class Counsel in this litigation. The court will schedule the filing of applications for permanent lead class counsel after ruling on the anticipated dispositive motion(s).   Only plaintiffs' lead counsel and defendants' counsel shall be listed on the master docket.   All other counsel will only appear on the docket of their individual case.   Plaintiffs' lead counsel are responsible for notifying all counsel for the consolidated plaintiffs of any and all filings in the master docket 1:11-md-2242.

10.   The court ordered plaintiffs to file a Consolidated Amended Complaint for all pending actions and any tag-along actions no later than July 1, 2011.

11.   Defendants were ordered to file any dispositive motions on or before July 22, 2011.   Any oppositions are due August 12, 2011.   Briefs shall not exceed 40 pages in length.   The court will hear argument on such motion(s) on September 20, 2011 at

2:30 p.m.  Only one counsel for each side will be permitted to argue.

12.   Any orders, other than orders setting deadlines previously entered by this or any transferor district court, shall remain in full force and effect unless modified by this court upon application.  All deadlines established prior to transfer of these actions are suspended.


|                          |                                |
|--------------------------|--------------------------------|
| September 15, 2011       | /s/Rya W. Zobel                |
| DATE                     | RYA W. ZOBEL                    |
|                          | UNITED STATES DISTRICT JUDGE   |

4